UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Adelaida Castro-Ramos, et al.,
    Plaintiffs,
    V.
Jose Guillermo Rodriguez, et al.,
    Defendants.

CASE NUMBER: 98-2103 (HL)

## ORDER

In light of the parties' progress toward settlement, the pretrial and settlement conference set for June 29, 2000 is hereby cancelled. The parties shall have until July 10, 2000 to file their settlement papers with the Court.

Date 6/28/00

HECTOR M. LAFFITTE
Chief U.S. District Judge