UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Adelaida Castro Ramos, et al.,
    Plaintiffs,
    V.
Jose Guillermo Rodriguez, et al.,
    Defendants.

CASE NUMBER: 98-2103 (HL)

| MOTION |
|---|

Date Filed: 7/5/00    Docket # 20    [ ] Plffs [x] Defts
Title: Informative Motion
Opp'n Filed:    Docket #

| ORDER |
|---|
| Noted. Plaintiffs shall file their motion seeking voluntary dismissal with prejudice by July 14, 2000 or face dismissal of this case. |

Date 7/7/00    HECTOR M. LAFFITTE
Chief U.S. District Judge


