UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Adelaida Castro Ramos, et al.,
    Plaintiffs,
V.
Jose Guillermo Rodriguez, et al.,
    Defendants.

CASE NUMBER: 98-2103 (HL)

## ORDER

On July 5, 2000, Defendants informed the Court that Plaintiffs would seek voluntary dismissal with prejudice of all of their claims. See Dkt. No. 20. On July 10, 2000, the Court ordered Plaintiffs to file their motion seeking voluntary dismissal with prejudice or face dismissal of their case. Dkt. No. 21. Plaintiffs have not responded in any way to the Court's order. Accordingly, this case is hereby dismissed without prejudice.

Date 7/27/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
'00 JUL 28 AM 7:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR