UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Adelaida Castro Ramos, et al.,
    Plaintiffs,
V.
Jose Guillermo Rodriguez, et al.,
    Defendants.

CASE NUMBER: 98-2103 (HL)

| JUDGMENT |
|---|
| The Court having issued an order on this same date, this case is hereby dismissed without prejudice. |

Date 7/27/10

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
'00 JUL 28 7:58
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN PR