UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Adelaida Castro, et al.,
    Plaintiffs,
    V.                                                  CASE NUMBER: 98-2103 (HL)
Jose Guillermo Rodriguez, et al.,
    Defendants.

| MOTION |
|---|
| Date Filed: 8/11/00    Docket # 24    [] Plffs [x] Defts<br>Title: Motion Under Fed. R. Civ. P. 59 to Amend Judgment<br>Opp'n Filed:    Docket # |

| ORDER |
|---|
| Plaintiffs are hereby ordered to show cause by September 8, 2000 why the judgment in this case should not be altered from "without prejudice" to "with prejudice." |

Date 8/15/00        HECTOR M. LAFFITTE
                                  Chief U.S. District Judge

