UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Adelaida Castro, et al.,
    Plaintiffs,
V.
Jose Guillermo Rodriguez, et al.,
    Defendants.

CASE NUMBER: 98-2103 (HL)

### MOTION

Date Filed: 9/5/00    Docket # 27    [x] Plffs  [] Defts
Title: Motion in Compliance with Order
Opp'n Filed:    Docket #

### ORDER

Because this case was dismissed without consideration of the merits, the Court denies Defendants' motion to alter the judgment from "without prejudice" to "with prejudice."

Date 9/29/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge


